# ELECTRONIC RECORD

COA # 03-13-00511-CR          OFFENSE: 21.07

STYLE: Manuel Perales v. The State of Texas          COUNTY: Travis

COA DISPOSITION:     AFFIRMED          TRIAL COURT: County Court at Law No. 8

DATE: 10/10/14          Publish: NO     TC CASE #:     C-1-CR-12-500040

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Manuel Perales v. The State of Texas          CCA #: 1497-14

___APPELLANT'S___ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

___REFUSED,___          JUDGE: _____

DATE: 01/14/2015          SIGNED: _____          PC: _____

JUDGE: Per Curiam          PUBLISH: _____          DNP: _____

--------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD